```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 02680
    ANTHONY N MONTGOMERY
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-7248

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 02/06/2008 and was confirmed 05/01/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  16.00%.

      The case was dismissed after confirmation 01/29/2009.
------------------------------------------------------------------------------
 CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                PAID            PAID
------------------------------------------------------------------------------
 WELLS FARGO HOME MTG      MORTGAGE NOTI  NOT FILED              .00              .00
 NATIONAL CAPITAL MGMT LL  UNSECURED         6133.88             .00              .00
 ROUNDUP FUNDING LLC       UNSECURED             .00             .00              .00
 SUCCESS ENTERPRISES LLC   CURRENT MORTG        .00              .00              .00
 SUCCESS ENTERPRISES LLC   MORTGAGE ARRE     4000.00             .00           588.48
 TOYOTA MOTOR CREDIT       SECURED VEHIC      589.00             .00           589.00
 WELLS FARGO MORTGAGE      CURRENT MORTG         .00             .00              .00
 WELLS FARGO MORTGAGE      MORTGAGE ARRE     5038.12             .00          5038.12
 AMERICAS FINANCIAL CHOIC  UNSECURED      NOT FILED              .00              .00
 AMERICASH LOANS           UNSECURED         2413.94             .00              .00
 B-LINE/SHERMAN ACQUISITI  UNSECURED      NOT FILED              .00              .00
 PORTFOLIO RECOVERY ASSOC  UNSECURED         1456.46             .00              .00
 CAPITAL ONE               UNSECURED      NOT FILED              .00              .00
 CAPITAL ONE               UNSECURED      NOT FILED              .00              .00
 PORTFOLIO RECOVERY ASSOC  UNSECURED          913.36             .00              .00
 CROSS COUNTRY BANK        UNSECURED      NOT FILED              .00              .00
 DAIMLER CHRYSLER SERVICE  UNSECURED      NOT FILED              .00              .00
 ISLAND NATIONAL GROUP     UNSECURED      NOT FILED              .00              .00
 ILLINOIS DEPT OF REVENUE  UNSECURED          420.99             .00              .00
 MONEY MARKET PAY DAY EXP  UNSECURED      NOT FILED              .00              .00
 NICOR SOLUTIONS           UNSECURED      NOT FILED              .00              .00
 PROVIDIAN NATIONAL BANK   UNSECURED      NOT FILED              .00              .00
 PAYDAY LOAN STORE OF ILL  UNSECURED      NOT FILED              .00              .00
 LOAN MACHINE              UNSECURED      NOT FILED              .00              .00
 WELLS FARGO HOME MORTGAG  MORTGAGE NOTI  NOT FILED              .00              .00
 ILLINOIS DEPT OF REVENUE  PRIORITY           510.00             .00              .00
 BURNS & WINCEK LTD        DEBTOR ATTY       2,500.00                         2,500.00
 TOM VAUGHN                TRUSTEE                                              734.40
 DEBTOR REFUND             REFUND                                                  .00

           Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

                        PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 02680 ANTHONY N MONTGOMERY
```

```
                            RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     9,450.00

PRIORITY                                                 .00
SECURED                                             6,215.60
UNSECURED                                                .00
ADMINISTRATIVE                                      2,500.00
TRUSTEE COMPENSATION                                  734.40
DEBTOR REFUND                                            .00
                          ---------------     ---------------
TOTALS                      9,450.00                9,450.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/05/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE